FILED
Clerk
District Court

OCT 13 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RICARDO R. REYES, et al ) | CIVIL ACTION NO. 04-0004 |
| ) | |
| Plaintiffs, ) | |
| vs. ) | AMENDED NOTICE OF |
| ) | PRETRIAL CONFERENCE |
| NEW SAIPAN DEVELOPMENT, INC., ) | |
| Defendant. ) | |

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

Danilo Aguilar
Attorney at Law
PMB 886 Box 10001
Saipan, MP 96950

NOTICE IS HEREBY GIVEN that a Pretrial Conference, in the above case, is set for Wednesday, October 19, 2005 at 9:30 a.m.

DATED this 12th day of October, 2005.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)