DANILO T. AGUILAR
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

FILED
Clerk
District Court

OCT 1 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Plaintiffs RICARDO R. REYES, SET A. ALCARAZ, and ESTINILIE C. ALCARAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RICARDO R. REYES, SET A. ALCARAZ, and ESTINILIE C. ALCARAZ,<br><br>Plaintiffs,<br><br>v.<br><br>NEW SAIPAN DEVELOPMENT, INC., CHEONG PUI NG and KEVIN INTERNATIONAL CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. CV 04-0004<br><br>**PLAINTIFFS' WITNESS LIST** |

COMES NOW, Plaintiffs, by and through undersigned counsel, and hereby submits his list of witnesses that may be called during the trial in this matter:

1. Plaintiff Estinilie C. Alcaraz;

2. Plaintiff Set A. Alcaraz;

3. Plaintiff Ricardo R. Reyes;

4. Director/Custodian of Records- Division of Revenue and Taxation;

5. Darilyn De Guzman – Pacific Drilling, Ltd.

1 |       Plaintiffs reserve the right to call any witnesses listed on the witness list of the Defendants.

      Dated this 18th day of October, 2005.

                                              */s/ Danilo T. Aguilar*

                                            DANILO T. AGUILAR, F0198
                                            Attorney for Plaintiffs