ORIGINAL

```
FILED
Clerk
District Court

OCT 20 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)
```

1  DANILO T. AGUILAR
   Attorney at Law
2  P.O. Box 505301
   First Floor, San Jose Court Building
3  Cor. Ghiyeghi St. & Wischira Way
   San Jose, Saipan, MP 96950
4  TELEPHONE: (670) 234-8801
   FAX: (670) 234-1251
5
6  Attorney for Plaintiffs RICARDO R. REYES, SET A. ALCARAZ, and ESTINILIE C. ALCARAZ
7
8              IN THE UNITED STATES DISTRICT COURT
9                           FOR THE
10         DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RICARDO R. REYES, SET A. ALCARAZ, and ESTINILIE C. ALCARAZ, | CIVIL ACTION NO. CV 04-0004 |
| Plaintiffs, | **PLAINTIFFS' LIST OF EXHIBITS** |
| v. | |
| NEW SAIPAN DEVELOPMENT, INC., CHEONG PUI NG and KEVIN INTERNATIONAL CORPORATION, | |
| Defendants. | |

COMES NOW Plaintiffs, by and through counsel of record, Danilo T. Aguilar, and hereby submit their list of exhibits that may be introduced at the trial in this matter.

Dated this 18th day of October, 2005.

_____
DANILO T. AGUILAR, F0198
Attorney for Plaintiffs

# RICARDO R. REYES, SET A. ALCARAZ AND ESTINILIE C. ALCARAZ

## V

# NEW SAIPAN DEVELOPMENT, INC., CHEONG PUI NG AND KEVIN INTERNATIONAL CORPORATION

## CIVIL ACTION NO. 04-0004

1. Copy of Employment Contract of Estinilie C. Alcaraz dated 10 July 1997
2. Copy of Employment Affidavit of Estinilie C. Alcaraz dated 15 September 2000
3. Copy of Entry Permit No. 154349 of Estinilie C. Alcaraz (Exp: 9/24/01)
4. Copy of Employment Affidavit of Estinilie C. Alcaraz dated 06 September 2001
5. Copy of Entry Permit No. 154349 of Estinilie C. Alcaraz ( Exp. 09/24/02)
6. Copy of Employment affidavit of Estinilie C. Alcaraz dated 20 August 2002
7. Copy of Employment Contract of Set A. Alcaraz dated 9 September 1997
8. Copy of Employment Affidavit of Set A. Alcaraz dated 15 September 2000
9. Copy of Employment Affidavit of Set A. Alcaraz dated 06 September 2001
10. Copy of Employment Affidavit of Set A. Alcaraz dated 08 August 2002
11. Copy of Entry Permit of Set A. Alcaraz (Exp: 09/09/2002)
12. Copy of Employment Affidavit of Ricardo R. Reyes dated 21 August 1998
13. Copy of Employment Contract of Ricardo R. Reyes for the period of 19 September 1997 to 19 September 1998.
14. Copy of Employment Affidavit of Ricardo R. Reyes dated 24 August 1999
15. Copy of Employment Affidavit of Ricardo R. Reyes dated 15 September 2000

16. Copy of Employment Affidavit of Ricardo R. Reyes dated 06 September 2001
17. Copy of Entry Permit of Ricardo R. Reyes (Exp: 09 September 2002)
18. Copy of Employment Affidavit of Ricardo R. Reyes dated 08 August 12002
19. Copy of CNMI DOL Voucher No. 1412559 Dated 09/08/03 for Estinilie C. Alcaraz, Set A. Alcaraz and Ricardo R. Reyes
20. Record of Employees Advances of Estinilie C. Alcaraz (Unadjusted)
21. Record of Employees Advances of Set A. Alcaraz (Unadjusted)
22. Record of Employees Advances of Ricardo R. Reyes (Unadjusted)
23. Record of Employees Advance of Estinilie C. Alcaraz (Adjusted)
24. Record of Employees Advance of Set A. Alcaraz (Adjusted)
25. Record of Employees Advances of Ricardo R. Reyes(Adjusted)
26. Computation of Hours Worked Per Payroll Period for The Year 2001 Prepared by the Law Offices of Danilo T. Aguilar for Estinilie C. Alcaraz
27. Computation of Hours Worked Per Payroll Period for the Year 2001 Prepared by the Law Offices of Danilo T. Aguilar for Set A. Alcaraz
28. Computation of Hours Worked Per Payroll Period for the Year 2001 Prepared by the Law Offices of Danilo T. Aguilar for Ricardo R. Reyes
29. Computation of Hours Worked Per Payroll Period for The Year 2002 Prepared by the Law Offices of Danilo T. Aguilar for Estinilie C. Alcaraz
30. Computation of Hours Worked Per Payroll Period for the Year 2002 Prepared by the Law Offices of Danilo T. Aguilar for Set A. Alcaraz
31. Computation of Hours Worked Per Payroll Period for the Year 2002 Prepared by the Law Offices of Danilo T. Aguilar for Ricardo R. Reyes
32. Computation of Hours Worked Per Payroll Period for The Year 2003 Prepared by the Law Offices of Danilo T. Aguilar for Estinilie C. Alcaraz
33. Computation of Hours Worked Per Payroll Period for the Year 2003 Prepared by the Law Offices of Danilo T. Aguilar for Set A. Alcaraz
34. Computation of Hours Worked Per Payroll Period for the Year 2003 Prepared by the Law Offices of Danilo T. Aguilar for Ricardo R. Reyes

35. Certification by Estinilie C. Alcaraz, Set A. Alcaraz and Ricardo R. Reyes re Daily Time Sheets Computed by the Law Offices of Danilo T. Aguilar based on Handwritten Daily Time Records

36. Handwritten Monthly Time Record of Estinilie C. Alcaraz from January, 2001 to December, 2001

37. Handwritten Daily Time Record of Set A. Alcaraz from January 1, 2001 to December 28, 2001

38. Handwritten Daily Time Record of Ricardo R. Reyes from January 1, 2001 to December 31, 2001

39. Handwritten Daily Time Record of Estinilie C. Alcaraz from January 1, 2002 to December 31, 2002

40. Handwritten Daily Time Record of Set A. Alcaraz from December 29, 2001 to December 28, 2002

41. Handwritten Daily Time Record of Ricardo R. Reyes from January 1, 2002 to December 31, 2002

42. Handwritten Daily Time Record of Estinilie C. Alcaraz on Annotated 2003 Calendar Showing Hours Worked from January 1, 2003 to December 31, 2003

43. Handwritten Daily Time Record of Set A. Alcaraz on Annotated 2003 Calendar Showing Hours Worked from January 1, 2003 to December 31, 2003

44. Handwritten Daily Time Record of Ricardo R. Reyes from January 1, 2003 to December 31, 2003

45. Handwritten Daily Time Record of Estinilie C. Alcaraz from January 1, 2004 to February 5, 2005.

46. Payroll Summary Prepared by New Saipan Development Inc. for Estinilie C. Alcaraz from August, 1998 to February 9, 2004 (Computation Based on Contract)

47. Payroll Summary Prepared by New Saipan Development Inc. for Set A. Alcaraz from February, 1998 to February 9, 2004 (Computation Based on Contract and Based on Actual Salary)

48. Payroll Summary Prepared by New Saipan Development, Inc. for Ricardo R. Reyes February, 1998 to January 25, 2004 (Computation Based on Contract)

49. Payroll Summary Prepared by New Saipan Development for Estinilie C. Alcaraz from August, 1998 to February 9, 2004 ( Based on Actual Salary Paid)

50. Payroll Summary Prepared by New Saipan Development for Set A. Alcaraz from February, 1998 to February 9, 2004 ( Based on Actual Salary Paid)

51. Payroll Summary Prepared by New Saipan Development for Ricardo R. Reyes from August, 1998 to January 25, 2004 ( Based on Actual Salary Paid)

52. New Saipan Development, Inc. Payroll from January 1, 2001 to May 20, 2001 for Estinilie C. Alcaraz

53. New Saipan Development, Inc. Payroll from January 1, 2001 to May 20, 2001 for Set A. Alcaraz

54. New Saipan Development, Inc. Payroll from January 1, 2001 to May 20, 2001 for Ricardo R. Reyes

55. Business Gross Taxes of New Saipan Development, Inc. for the years from 2001 to 2004.

56. Business Gross Taxes of Kevin International Corporation for the years from 2001 to 2004.

57. Billing Records of Kevin International Corporation to Pacific Drilling, Ltd. for the years from 2001 to 2004.