```
                                                    FILED
                                                    Clerk
                                                  District Court

                                                  OCT 20 2005

                                             For The Northern Mariana Islands
                                             By_____
                                                    (Deputy Clerk)
```

1  DANILO T. AGUILAR
   Attorney at Law
2  P.O. Box 505301
   First Floor, San Jose Court Building
3  Cor. Ghiyeghi St. & Wischira Way
   San Jose, Saipan, MP 96950
4  TELEPHONE: (670) 234-8801
   FAX: (670) 234-1251

Attorney for Plaintiffs RICARDO R. REYES, SET A. ALCARAZ, and ESTINILIE C. ALCARAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| RICARDO R. REYES, SET A. ALCARAZ, and ESTINILIE C. ALCARAZ,<br><br>Plaintiffs,<br><br>v.<br><br>NEW SAIPAN DEVELOPMENT, INC., CHEONG PUI NG and KEVIN INTERNATIONAL CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. CV 04-0004<br><br>**AMENDED PLAINTIFFS' WITNESS LIST** |
|---|---|

COMES NOW, Plaintiffs, by and through undersigned counsel, and hereby submits his list of witnesses that may be called during the trial in this matter:

1. Plaintiff Estinilie C. Alcaraz;

2. Plaintiff Set A. Alcaraz;

3. Plaintiff Ricardo R. Reyes;

4. Lourdes Quinto – Accountant for Royal Crown Insurance, New Saipan Development, and Kevin International;

5. Darilyn De Guzman – Pacific Drilling, Ltd.;

6. Arleen Dycoco – Accountant for Law Office of Danilo Aguilar.

Plaintiffs reserve the right to call any witnesses listed on the witness list of the Defendants.

Dated this 19th day of October, 2005.

*[signature]*
DANILO T. AGUILAR, F0198
Attorney for Plaintiffs