
ORIGINAL

DANILO T. AGUILAR
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

FILED
District Court

OCT 2 0 2005

For The Northern Mariana Islands
By_____
   (Deputy Clerk)

Attorney for Plaintiffs RICARDO R. REYES, SET A. ALCARAZ, and ESTINILIE C. ALCARAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RICARDO R. REYES, SET A. ALCARAZ, and ESTINILIE C. ALCARAZ,<br><br>Plaintiffs,<br><br>v.<br><br>NEW SAIPAN DEVELOPMENT, INC., CHEONG PUI NG and KEVIN INTERNATIONAL CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. CV 04-0004<br><br><br>**PLAINTIFFS' SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS** |

COMES NOW Plaintiffs, by and through counsel of record, Danilo T. Aguilar, and hereby submit supplemental proposed jury instructions.

Dated this 20th day of October, 2005.

_____
DANILO T. AGUILAR, F0198
Attorney for Plaintiffs

## **DUTY TO MAINTAIN RECORDS**

Every employer subject to the Fair Labor Standards Act is required by law to keep and preserve records for each employee of wages, hours, and other conditions and practices of employment.

Source:   29 U.S.C. §211(c).