G. Anthony Long, Esq.
Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RICARDO R. REYES, SET A. ALCARAZ and ESTINILIE C. ALCARAZ<br><br>Plaintiff<br><br>v.<br><br>NEW SAIPAN DEVELOPMENT, INC., CHEONG PUI NG and KEVIN INTERNATIONAL CORPORATION<br><br>Defendant | CIVIL ACTION NO. 04-0004<br><br><br><br><br><br>**DEFENDANTS' WITNESS LIST** |

FILED
District Court
OCT 21 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Defendants reserve theright to call the follwoing during their case in chief at trial:

1.   Maria Lourdes Quinto

2.   Kang Ho Yu

3. Rainier Ignacio

4. Chen Huo Tai

5. Shang Li Hai

6. Sarah Iguel

7. All persons identified on plaintiffs' witness list.

8. All persons whose testimony becomes necessary and relevant for impeachment purposes, rebuttal purposes or for any other purposes during trial.

9. Le reserves the right to amend this witness list prior to trial.

Dated this 21st day of October, 2005.

Law Office of G. Anthony Long

By: _____
G. Anthony Long