G. Anthony Long, Esq.
Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RICARDO R. REYES, SET A. ALCARAZ and ESTINILIE C. ALCARAZ<br><br>Plaintiff<br><br>v.<br><br>NEW SAIPAN DEVELOPMENT, INC., CHEONG PUI NG and KEVIN INTERNATIONAL CORPORATION<br><br>Defendant | CIVIL ACTION NO. 04-0004<br><br><br><br><br>DEFENDANTS' ~~WITNESS~~ Exhibit LIST |

Defendants reserve the right to introduce the following exhibits during his case in chief:

A.   Complaint in *Chao v. New Saipan Development Inc.* Civil Action No. 03-0012.

B.   Settlemetn Agreement in *Chao v. New Saipan Development Inc.* Civil Action No. 03-

0012.

C.  Agreement for Sale and Purchase of Assets between New Saipan Development, Inc and Kevin Internatinal Corporation.

D.  December 20, 2005 letter from Kevin International to New Saipan Development re: management fee

E.  March 20, 2003 letter from Kevin International to New Saipan Development re: management fee

F.  Emergency Declarations for Typhoon Pongsona

G.  Emergency Declarations for Typhoon Chataan

H.  Storms Emergency Declarations for Typhoon/Tropical Storm Man-Yi

I.  Log Sheet of COmmonwealth Governor's Declaration on Typhoon/Tropical

J.  Any exhibit identified on the prosecution's exhibit list.

Defendants reserve the right to introduce any exhibit during trial which becomes necessary and relevant for purposes of refreshing recollection, impeachment, rebuttal or for any other purposes.

Defendants also reserve the right to amend this exhibit list prior to trial.

Dated this 21st day of October, 2005.

Law Office of G. Anthony Long

By: _____
G. Anthony Long