IN THE UNITED STATED DISTRICT COURT
OF THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

OCT 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| RICARDO R. REYES, SET A. ALCARAZ, and ESTINILIE C. ALCARAZ, </br>   Plaintiffs </br></br> v. </br></br> NEW SAIPAN DEVELOPMENT, INC., CEIONG PUI NG and KEVIN INTERNATIONAL CORPORATION, </br>   Defendants | CA# 04-0004 </br></br> **DEFENDANTS EXHIBITS** |