1  **SUSANNE LEWALD**, Regional Solicitor
   **BARBARA A. MATTHEWS**, Counsel for ESA Programs
2  (Cal. Bar No. 195084)
   **NORMAN E. GARCIA**, Trial Attorney
3  (Cal. Bar No. 215626)
   United States Department of Labor
4  71 Stevenson Street, Suite 1110
   San Francisco, California 94105-2999
5  Telephone: 415.975.4480
   Facsimile: 415.975.4495
6
   Attorneys for Plaintiff
7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE NORTHERN MARIANA ISLANDS
9

10 ELAINE CHAO, SECRETARY OF          ) Civil Action No. 03-0012
   LABOR, U.S. DEPARTMENT OF          )
11 LABOR,                             )
                                      ) **SETTLEMENT AGREEMENT**
12              Plaintiff,            )
                                      )
13        v.                          )
                                      )
14 NEW SAIPAN DEVELOPMENT, INC., a    )
   corporation; ROYAL CROWN           )
15 INSURANCE CORPORATION, a           )
   corporation; CHEONG PUI NG a/k/a   )
16 TONY C. P, NG; and KANG HO YU,     )
                                      )
17              Defendants.           )



DEFENDANT'S EXHIBIT
B

20        Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor
21 ("the Secretary"), and defendants New Saipan Development, Inc., ("New Saipan
22 Development"), Royal Crown Insurance Corporation, ("Royal Crown Insurance"),
23 Cheong Pui Ng a/k/a Tony C. P. Ng ("Ng"), and Kang Ho Yu ("Yu") (collectively,
24 "Defendants"), have agreed to enter into a Settlement Agreement ("Agreement") to
25 resolve the matters in controversy in the above captioned case under the following
26 terms:
27        1.    On May 1, 2003 the Secretary filed a complaint against the Defendants
28 alleging that they violated the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C.

SETTLMENT AGREEMENT                                                                    1

§ 201, *et seq.*, by their failure to pay overtime to certain employees more specifically set forth in Exh. A to this Agreement and incorporated herein by reference. In her complaint, the Secretary also alleged, *inter alia*, that the employees named in Exh. A were employed by an enterprise that consisted of New Saipan Development, Royal Crown Insurance, and Ng, (the "Enterprise"); that the Enterprise was an "enterprise engaged in commerce" within the meaning of 29 U.S.C. § 203(s)(1); that the Enterprise was the "Employer" of the employees named in Exh. A within the meaning of 29 U.S.C. § 203(d); and, that Yu was an employer of the employees named in Exh. A within the meaning of 29 U.S.C. § 203(d).

2. The parties agree that this settlement agreement resolves the claims alleged in the Secretary's complaint against Defendants, separately and collectively.

3. Without admitting that they violated the FLSA, the Defendants agree to the following:

A. The Defendants shall, within 24 hours of the date this Agreement is executed by all parties, pay to the Secretary the sum of FIVE THOUSAND dollars ($5,000.00) (the "Settlement Payment") in settlement of the claims in her complaint.

B. The Settlement Payment shall be delivered to Plaintiff's authorized representatives at:

> Saipan Field Office
> Wage and Hour Division,
> United States Department of Labor,
> Kallingal Building,
> Garapan, Saipan MP

C. The Settlement Payment shall be in the form of a certified or cashier's check or money order that is made payable to the order of the "Wage and Hour Division, United States Department of Labor."

4. The Secretary agrees to allocate and distribute the Settlement Payment to the employees listed in Exh. A or their estates if necessary. Any money not so

distributed within a period of one year from the date of the payment because of an inability to locate the proper persons or because of their refusal to accept it, shall be then deposited by the Secretary in the Treasury of the United States pursuant to 28 U.S.C. § 2041 and § 2042.

5. Upon receipt of the settlement payment, the Secretary will immediately forward to Defendant's counsel a stipulation and order for dismissal of the above captioned case with prejudice, pursuant to Fed. R. Civ. P. 41(b).

6. The parties agree that each party shall bear all fees and other expenses (including court costs) incurred by such party in connection with any stage of this proceeding to date.

7. The parties agree that the United States District Court for the Northern Mariana Islands will retain jurisdiction of this case for the purpose of enforcing any provisions of this Agreement.

8. The parties agree that this Agreement may be executed in counterparts, each of which shall be deemed to be an original, but all of which, taken together, shall constitute one and the same instrument.

9. Any person signing this Agreement on behalf of any party expressly acknowledges and represents thereby that he or she has the authority to sign for and legally bind such party.

//
//
//
//
//
//
//
//

SETTLMENT AGREEMENT 3

1 //
2 //
3 FOR PLAINTIFF ELAINE L. CHAO
4 Secretary of Labor,
  United States Department of Labor
5
6 HOWARD M. RADZELY
  Solicitor of Labor
7
8 SUSANNE LEWALD
  Regional Solicitor
9 BARBARA A. MATTHEWS
  Counsel for ESA Programs
10
11 *[signature: Norman E Garcia]*     Dated: July 22, 2004
   NORMAN E. GARCIA
12 Trial Attorney
   Office of the Regional Solicitor
13 United States Department of Labor
   71 Stevenson St., Suite 1110
14 San Francisco, California 94105
   Tel. No. (415) 975-4051
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

SETTLEMENT AGREEMENT     4

```
 1  //
 2  //
 3  FOR THE DEFENDANTS:
 4
 5                                                    Dated: JULY 20, 2004
    _____
 6  NEW SAIPAN DEVELOPMENT, INC.
    By: _____
 7      Signature

 8      CHEONG PUI NG
        _____
 9      Print Name

10      PRESIDENT
        _____
11      Title

12
                                                      Dated: JULY 21, 2004
13  _____
    ROYAL CROWN INSURANCE CORPORATION
14  By: _____
15      Signature

16      KANG HO YU
        _____
17      Print Name

18      VICE - PRESIDENT
        _____
19      Title

20
21                                                    Dated: JULY 20, 2004
    _____
22  CHEONG PUI NG a/k/a TONY C. P, NG
23  As an individual.

24                                                    Dated: JULY 21, 2004
    _____
25  KANG HO YU
26  As an individual.

27
28
```

SETTLMENT AGREEMENT

5