

# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**Juan N. Babauta**
Governor

**Diego T. Benavente**
Lieutenant Governor



## TYPHOON PONGSONA (31W)

EMERGENCY DECLARATION NO. ~~08~~ (11)-2002                DATE: 12/11/2002

SUBJECT:   Executive of the Commonwealth of the Northern
           Mariana Islands' Emergency Operation Plan

WHEREAS, the Governor of the Commonwealth of the Northern Mariana Islands declared readiness **TYPHOON CONDITION II** for the Islands of **SAIPAN, TINIAN, ROTA** and **ANATAHAN** effective **8:30 A.M., DECEMBER 07, 2002;** and WHEREAS, in accordance with provisions of the Commonwealth of the Northern Mariana Islands' Emergency Operation Plan (EOP), the declaration automatically puts into execution the operational portions of the Plan; NOW, THEREFORE, pursuant to the executive powers vested in the Governor, it is directed that the operational portions of the CNMI Emergency Operation Plan be executed, effective **8:30 A.M., DECEMBER 07, 2002,** on the islands of **SAIPAN, TINIAN, ROTA** and **ANATAHAN,** continuing so long as required by the emergency situation.

PAUL A. MANGLONA
Acting Governor
Commonwealth of the Northern
Mariana Islands

Caller Box 10007 Saipan, MP 96950   Telephone: (670) 664-2200/2300   Facsimile: (670) 664-2211/2311



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**Juan N. Babauta**
Governor

**Diego T. Benavente**
Lieutenant Governor

<u>**TYPHOON PONGSONA (31W)**</u>

EMERGENCY DECLARATION NO. (13) ~~10-~~2002          DATE: 12/11/2002

SUBJECT:   Executive of the Commonwealth of the Northern
           Mariana Islands' Emergency Operation Plan

WHEREAS, the Governor of the Commonwealth of the Northern Mariana Islands declared readiness **TYPHOON CONDITION I** for the Islands of **SAIPAN, TINIAN** and **ANATAHAN TYPHOON CONDITION II** for the Islands of **ALAMAGAN** and **AGRIHAN** effective **11:30 A.M., DECEMBER 08, 2002;** and WHEREAS, in accordance with provisions of the Commonwealth of the Northern Mariana Islands' Emergency Operation Plan (EOP), the declaration automatically puts into execution the operational portions of the Plan; NOW, THEREFORE, pursuant to the executive powers vested in the Governor, it is directed that the operational portions of the CNMI Emergency Operation Plan be executed, effective **11:30 A.M., DECEMBER 08, 2002,** on the islands of **SAIPAN, TINIAN, ANATAHAN, ALAMAGAN** and **AGRIHAN** continuing so long as required by the emergency situation.

PAUL A. MANGLONA
Acting Governor
Commonwealth of the Northern
Mariana Islands

Caller Box 10007 Saipan, MP 96950   Telephone: (670) 664-2200/2300   Facsimile: (670) 664-2211/2311



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**Juan N. Babauta**
Governor

**Diego T. Benavente**
Lieutenant Governor

## TYPHOON PONGSONA (31W)

EMERGENCY DECLARATION NO. (15) ~~12~~-2002          DATE: 12/11/2002

SUBJECT:   Termination of the Commonwealth of the Northern
           Mariana Islands' Emergency Operation Plan

WHEREAS, the Governor of the Commonwealth of the Northern Mariana Islands has **DECLARED** an **"ALL CLEAR CONDITION"** for the Islands of **SAIPAN, TINIAN** and **ROTA** effective **9:00 A.M., DECEMBER 09, 2002;** and WHEREAS, in accordance with provisions of the Commonwealth of the Northern Mariana Islands' Emergency Operation Plan (EOP), the declaration automatically puts into execution the operational portions of the Plan; NOW, THEREFORE, pursuant to the executive powers vested in the Governor, it is directed that the operational portions of the CNMI Emergency Operation Plan be executed, effective **9:00 A.M., DECEMBER 09, 2002,** on the islands of **SAIPAN, TINIAN** and **ROTA** continuing so long as required by the emergency situation.

PAUL A. MANGLONA
Acting Governor
Commonwealth of the Northern
Mariana Islands

Caller Box 10007 Saipan, MP 96950   Telephone: (670) 664-2200/2300   Facsimile: (670) 664-2211/2311



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**Juan N. Babauta**
Governor

**Diego T. Benavente**
Lieutenant Governor



### TYPHOON CHATAAN (08W)

EMERGENCY DECLARATION NO. __03-2002__     DATE: __7/05/2002__

SUBJECT:  Termination of the Commonwealth of the Northern
Mariana Islands' Emergency Operation of the EOP

WHEREAS, the Governor of the Commonwealth of the Northern Mariana Islands

Has **DECLARED** an **"ALL CLEAR CONDITION"** for the Islands of **SAIPAN** and

**TINIAN** effective **1:00 P.M., JULY 5, 2002;** and WHEREAS, in accordance with

provisions of the Commonwealth of the Northern Mariana Islands' Emergency Operation

Plan (EOP), the declaration automatically operational portions of the Plan;

NOW, THEREFORE, pursuant to the executive powers vested in the Governor, it is

directed that the operational portions of the CNMI Emergency Operation Plan be

terminated, effective **1:00 P.M., JULY 5, 2002,** on the islands of **SAIPAN** and **TINIAN**.

DIEGO T. BENAVENTE
Acting Governor
Commonwealth of the Northern
 Mariana Islands



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Juan N. Babauta
Governor

Diego T. Benavente
Lieutenant Governor

## TYPHOON CHATAAN (08W)

EMERGENCY DECLARATION NO.   01-2002                    DATE:   7/05/2002

SUBJECT:   Executive of the Commonwealth of the Northern
Mariana Islands' Emergency Operation Plan

WHEREAS, the Governor of the Commonwealth of the Northern Mariana Islands declared readiness **TYPHOON CONDITION II** for the Islands of **SAIPAN, TINIAN** and **ROTA**, effective **2:30 P.M., JULY 4, 2002;** and WHEREAS, in accordance with provisions of the Commonwealth of the Northern Mariana Islands' Emergency Operation Plan, the declaration automatically puts into execution the operational portions of the Plan;

NOW, THEREFORE, pursuant to the executive powers vested in the Governor, it is directed that the operational portions of the CNMI Emergency Operation Plan be executed, effective **2:30 P.M., JULY 4, 2002,** on the islands of **SAIPAN, TINIAN** and **ROTA**, continuing so long as required by the emergency situation.

DIEGO T. BENAVENTE
Acting Governor
Commonwealth of the Northern
 Mariana Islands

Caller Box 10007 Saipan, MP 96950   Telephone: (670) 664-2200/2300   Facsimile: (670) 664-2211/2311




# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Pedro P. Tenorio
Governor

Jesus R. Sablan
Lt. Governor

Caller Box 10007
Saipan, MP 96950
Telephone: (670) 664-2200/2300
Fax: (670) 664-2211/2311

### TROPICAL STORM MAN-YI (12W)

EMERGENCY DECLARATION NO. __01-2001__           DATE: __8/03/2001__

SUBJECT:  Executive of the Commonwealth of the Northern
Mariana Islands' Emergency Operation Plan

WHEREAS, the Governor of the Commonwealth of the Northern Mariana Islands declared readiness **TROPICAL STORM CONDITION II** for the Islands of **SAIPAN, TINIAN** and **ANATAHAN** effective **9:00 A.M., AUGUST 3, 2001**; and

WHEREAS, in accordance with provisions of the Commonwealth of the Northern Mariana Islands' Emergency Operation Plan, the declaration automatically puts into execution the operational portions of the Plan;

NOW, THEREFORE, pursuant to the executive powers vested in the Governor, it is directed that the operational portions of the CNMI Emergency Operation Plan be executed, effective **9:00 A.M., AUGUST 3, 2001**, on the islands of **SAIPAN, TINIAN** and **ANATAHAN**, continuing so long as required by the emergency situation.

PEDRO P. TENORIO
Governor
Commonwealth of the Northern
Mariana Islands




**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
*Emergency Management Office*
*Office of the Director*

Pedro P. Tenorio, Governor
Jesus R. Sablan, Lt. Governor

Gregorio A. DL. Guerrero, Director
Mark S. Pangelinan Dep., Director

## TROPICAL STORM MAN-YI (12W)
## BULLETIN NO. 07

DATE: 8/03/2001
TIME: 9:00 AM

HERE IS THE LATEST INFORMATION ON TROPICAL STORM MAN-YI (12W), AS RECEIVED FROM THE NATIONAL WEATHER SERVICE, GUAM AND COMPILED AT THE EMERGENCY MANAGEMENT OFFICE, OFFICE OF THE GOVERNOR.

AS OF 7:00 AM THIS MORNING, TROPICAL STORM MAN-YI (12W) WAS LOCATED AT **13.9 DEGREES NORTH AND 149.0 DEGREES EAST**, OR **230 STATUTE MILES EAST-SOUTHEAST OF SAIPAN/TINIAN, 255 STATUTE MILES EAST OF ROTA, 280 STATUTE MILES SOUTHEAST OF ANATAHAN, 332 STATUTE MILES SOUTHEAST OF ALAMAGAN AND 403 STATUTE MILES SOUTHEAST OF AGRIHAN** WITH MAXIMUM SUSTAINED WINDS OF **60 MPH** WITH HIGHER GUSTS AND MOVING NORTHWEST AT **16 MPH**.

RESIDENTS OF THE MARIANAS SHOULD MAKE PREPARATIONS FOR THE ONSET OF DAMAGING WINDS. DAMAGING WINDS OF MORE THAN 39 MPH WILL BEGIN TO AFFECT THE NORTHERN MARIANAS THIS AFTERNOON. MAXIMUM WINDS OF 50 TO 55 MPH WITH OCCASIONAL TYPHOON-FORCE GUSTS UP TO 65 MPH IN HEAVIER SHOWERS ARE POSSIBLE NEAR SAIPAN TONIGHT.

BECAUSE OF THE ANTICIPATED THREAT FROM TROPICAL STORM MAN-YI (12W), **GOVERNOR PEDRO P. TENORIO** HAS UPGRADED **TROPICAL STORM III** TO **TROPICAL STORM CONDITION II** FOR THE ISLANDS OF **SAIPAN, TINIAN** AND **ANATAHAN** AND MAINTAINED **TROPICAL STORM CONDITION III** FOR THE ISLANDS OF **ROTA, ALAMAGAN** AND **AGRIHAN** AS OF **9:00 AM** THIS MORNING.

THE EMERGENCY MANAGEMENT OFFICE WILL BE MONITORING THE MOVEMENT OF TROPICAL STORM MAN-YI (12W) AND WILL BE ISSUING BULLETINS AS SOON AS IT BECOMES AVAILABLE. NORTHERN ISLAND RESIDENTS ARE INFORMED THROUGH CNMI HIGH FREQUENCY RADIO AND LOCAL STATIONS. PLEASE CONTINUE TO MONITOR THE OFFICIAL BULLETINS WHICH WILL BE AVAILABLE THROUGH THE 162.55 MEGAHERTZ, WEB SITE www.cnmiemo.org, EMERGENCY INFORMATION HOTLINE AT TELEPHONE NUMBERS 322-0222 OR 322-0220 AND THE EMERGENCY MANAGEMENT OFFICE AT TELEPHONE NUMBERS 322-8001/03.

P.O. Box 10007, Capitol Hill, Saipan, MP 96950  Telephone: (670) 322-9528/9529  Facsimile: (670) 322-3598/9500
Web Page: www.cnmiemo.org/

234 - 8930
234 - 8931
235 - 1464
235 - 2065

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
*Emergency Management Office*
*Office of the Director*



Pedro P. Tenorio, Governor
Jesus R. Sablan, Lt. Governor

Gregorio A. DL. Guerrero, Director
Mark S. Pangelinan Dep., Director

## TROPICAL STORM MAN-YI (12W)
## BULLETIN NO. 08

DATE: 8/03/2001
TIME: 11:30 AM

HERE IS THE LATEST INFORMATION ON TROPICAL STORM MAN-YI (12W), AS RECEIVED FROM THE NATIONAL WEATHER SERVICE, GUAM AND COMPILED AT THE EMERGENCY MANAGEMENT OFFICE, OFFICE OF THE GOVERNOR.

AS OF 10:00 AM THIS MORNING, TROPICAL STORM MAN-YI (12W) WAS LOCATED AT 14.8 DEGREES NORTH AND 148.7 DEGREES EAST, OR 195 STATUTE MILES EAST-SOUTHEAST OF SAIPAN/TINIAN, 244 STATUTE MILES EAST-NORTHEAST OF ROTA, 234 STATUTE MILES SOUTHEAST OF ANATAHAN, 277 STATUTE MILES SOUTHEAST OF ALAMAGAN AND 344 STATUTE MILES SOUTHEAST OF AGRIHAN WITH MAXIMUM SUSTAINED WINDS OF 65 MPH WITH HIGHER GUSTS AND MOVING NORTHWEST AT 18 MPH.

RESIDENTS OF THE ANATAHAN, ALAMAGAN AND AGRIHAN SHOULD MAKE PREPARATIONS FOR THE ONSET OF DAMAGING WINDS TONIGHT AND SATURDAY. RESIDENTS OF SAIPAN AND TINIAN SHOULD PREPARE FOR THE POSSIBILITY OF DAMAGING WIND WITH GUSTS THIS AFTERNOON. DAMAGING WINDS OF MORE THAN 39 MPH WILL BEGIN TO AFFECT THE NORTHERN MARIANAS THIS AFTERNOON. MAXIMUM WINDS OF 35 TO 40 MPH WITH GUSTS UP TO 50 MPH IN HEAVIER SHOWERS ARE POSSIBLE NEAR SAIPAN TONIGHT.

BECAUSE OF THE ANTICIPATED THREAT FROM TROPICAL STORM MAN-YI (12W), **GOVERNOR PEDRO P. TENORIO HAS MAINTAINED TROPICAL STORM CONDITION II FOR THE ISLANDS OF SAIPAN, TINIAN AND ANATAHAN AND TROPICAL STORM CONDITION III FOR THE ISLANDS OF ALAMAGAN AND AGRIHAN AND "ALL CLEAR CONDITION" FOR THE ISLAND OF ROTA AS OF 11:30 AM** THIS MORNING.

THE EMERGENCY MANAGEMENT OFFICE WILL BE MONITORING THE MOVEMENT OF TROPICAL STORM MAN-YI (12W) AND WILL BE ISSUING BULLETINS AS SOON AS IT BECOMES AVAILABLE. NORTHERN ISLAND RESIDENTS ARE INFORMED THROUGH CNMI HIGH FREQUENCY RADIO AND LOCAL STATIONS. PLEASE CONTINUE TO MONITOR THE OFFICIAL BULLETINS WHICH WILL BE AVAILABLE THROUGH THE 162.55 MEGAHERTZ, WEB SITE www.cnmiemo.org, EMERGENCY INFORMATION HOTLINE AT TELEPHONE NUMBERS 322-0222 OR 322-0220 AND THE EMERGENCY MANAGEMENT OFFICE AT TELEPHONE NUMBERS 322-8001/03.

P.O. Box 10007, Capitol Hill, Saipan, MP 96950 Telephone: (670) 322-9528/9529 Facsimile: (670) 322-3598/9500
Web Page: www.cnmiemo.org/

 

# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**Pedro P. Tenorio**
Governor

**Jesus R. Sablan**
Lt. Governor

Caller Box 10007
Saipan, MP 96950
Telephone: (670) 664-2200/2300
Fax: (670) 664-2211/2311

## TROPICAL STORM MAN-YI (12W)

EMERGENCY DECLARATION NO. __02-2001__                    DATE: __8/03/2001__

SUBJECT:   Termination of the Commonwealth of the Northern
           Mariana Islands' Emergency Operation of the EOP

WHEREAS, the Governor of the Commonwealth of the Northern Mariana Islands Has **DECLARED** an **"ALL CLEAR CONDITION"** for the Islands of **SAIPAN** and **TINIAN** effective **2:30 P.M., AUGUST 3, 2001**; and

WHEREAS, in accordance with provisions of the Commonwealth of the Northern Mariana Islands' Emergency Operation Plan (EOP), the declaration automatically terminates the operational portions of the Plan;

NOW, THEREFORE, pursuant to the executive powers vested in the Governor, it is directed that the operational portions of the CNMI Emergency Operation Plan be terminated, effective **2:30 P.M., AUGUST 3, 2001,** on the islands of **SAIPAN** and **TINIAN**.

PEDRO P. TENORIO
Governor
Commonwealth of the Northern
 Mariana Islands

## CNMI GOVENOR'S DECLARATION on TYPHOONS/TROPICAL STORMS
### LOG SHEET

| EMERGENCY DECLARATION NO. | NAME | ISLAND IMPACTED | DATE |
|---|---|---|---|
| 2000 001-005 | TYPHOON SAOMAI(22W) | SAIPAN and TINIAN | September 05-07 |
| 2001 001-003 | TROPICAL STORM MAN-YI(12W) | SAIPAN/TINIAN/ANATAHAN | August 03-04 |
| 004-010 | TYPHOON MAN-YI(12W) | SAIPAN/TINIAN/ANA/ALA/AGRI | August 03-04 |
| 011-012 | TROPICAL STORM PABUK(12W) | AGRIHAN | August 14-15 |
| 013-017 | SUPER TYPHOON FAXAI(31W) | ALAMAGAN/ANATAHAN/AGRIHAN | 24-Dec |
| 2002 001-004 | TYPHOON CHATA'AN(08W) | SAIPAN/TINIAN/ROTA | July 04-05 |
| 005-006 | TYPHOON HALONG(10W) | ROTA | July 09-10 |
| 007-010 | TYPHOON HIGOS(25W) | ALAMAGAN and AGRIHAN | September 27-29 |
| 011-018 | TYPHOON PONGSONA(31W) | SAIPAN/TIQ/ANA/ALA/AGRI/ROTA | December 07-10 |
| 2003 001-002 | TROPICAL STORM YAN YAN(01W) | SAIPAN/TINIAN/AGRIHAN | January 18-19 |
| 2004 001-010 | TYPHOON TING TING(11W) | SAIPAN/TINIAN/ROTA/PAGAN AGRIHAN | June 27-29 |
| 011-015 | TYPHOON CHABA(19W) | SAIPAN/TINIAN/ROTA/ALA/ANA AGRIHAN/PAGAN | August 21-22 |
| 016-024 | TYPHOON SONGDA(22W) | ALAMAGAN/PAGAN/AGRIHAN SAIPAN/TINIAN/ROTA | August 30-Sept. 02 |
| 025-027 | TROPICAL STORM SARIKA(23W) | AGRIHAN/PAGAN/ALAMAGAN | September 05-06 |
| 028-032 | TYPHOON NOCK-TEN(28W) | SAIPAN/TINIAN/ROTA | October 18 - 20 |
| 033-039 | TROPICAL STORM NORU(32W) | SAIPAN/TINIAN/ROTA N.IS.-AGRIHAN/PAGAN/ALAMAGAN | December 18-20 |


DEFENDANT'S EXHIBIT